

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00742-CR

Richard Paul **SHATLAW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6876
Honorable Kirsten B. Cohoon, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED, and counsel's motion to withdraw is GRANTED.

SIGNED October 28, 2020.

_____
Liza A. Rodriguez, Justice